THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Deangelo Wooden, Appellant.
 
 
 

Appeal From Aiken County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2006-UP-208
Submitted April 1, 2006  Filed April 17, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Deangelo Wooden pled guilty to distribution of crack cocaine, third offense.  He was sentenced to eighteen years.  Woodens appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Further, Wooden filed a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.